RUBEL CORPORATION, Appellant, v. BENJAMIN GOLDBERG, d/b as GRAY PRINTING Co., Respondent.— Motion for leave to appeal to the Appellate Division

denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.